UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CHARLES EUGENE MOORE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:26-cv-36-ACA-GMB |
| **MADISON COUNTY DA,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Charles Eugene Moore's failure to prosecute his claims. (Doc. 4). The magistrate judge advised Mr. Moore that he had fourteen days to file objections. (Doc. 4 at 2). Although the report and recommendation was returned as undeliverable (doc. 5), the court previously informed Mr. Moore that it was his "responsibility to keep the Court informed of your current address" and warned him that failure to do so would result in dismissal of the action. (Doc. 2).

The court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **MODIFIES** the report solely to clarify that Mr. Moore's failure to update his address serves as an independent reason for dismissal. *See* Fed. R. Civ. P. 41(b). The court **WILL DISMISS** this case **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this March 9, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE